**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: Ashley Madison Customer Data
Security Breach Litigation                                    MDL-\_\_\_\_\_

**MOTION OF PLAINTIFF JANE DOE
FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MISSOURI FOR COORDINATED OR CONSOLIDATED
PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Jane Doe moves, pursuant to 28 U.S.C. § 1407, that the Panel transfer for coordinated or consolidated pretrial proceedings all actions listed on the Schedule of Actions filed herewith (the "Related Actions") to the United States District Court for the Eastern District of Missouri, and any follow on actions filed after the date of this Motion.

As indicated in the Schedule of Actions, five putative class actions concerning common factual questions relating to the unauthorized release of putative class members' confidential personal and financial data submitted to the website AshleyMadison.com are pending in four different districts: the first-filed action in the Eastern District of Missouri, one action in the Northern District of Texas, two actions in the Central District of California, and one action in the Northern District of Alabama.  As set forth below and in the accompanying Memorandum, the Related Actions satisfy the requirements for transfer and coordination or consolidation because they concern common questions of fact, and consolidation or coordination in the Eastern District of Missouri would best serve the convenience of the parties and witnesses and will promote the just and efficient conduct of all such actions.

The grounds for this motion are as follows:

1.   Avid Life Media, Inc. is responsible for the website AshleyMadison.com (collectively, "Ashley Madison") and a named defendant in each of the Related Actions, all of which are civil actions pending in federal district courts.

2.   Each of the Related Actions contains numerous common factual allegations concerning a data security breach affecting the Ashley Madison website and underlying computer systems that resulted in an unauthorized intrusion in which third parties gained access to certain consumer information therein.

3.   Each of the Related Actions purports to be a class action on behalf of consumers in a number of different states allegedly harmed in connection with the intrusion.

4.   Because each case alleges a central core of similar operative facts relating to Ashley Madison's conduct that purportedly permitted the data security breach, transfer for consolidated or coordinated pre-trial proceedings "will be for the convenience of parties and witnesses and will promote the just and efficient conduct" of the Related Actions as required by 28 U.S.C. § 1407(a). Consolidation of all the Related Actions will eliminate duplicative discovery, prevent duplicative and conflicting pretrial rulings (especially with respect to class issues), conserve judicial resources, reduce the cost of litigation, and allow the cases to proceed more efficiently to trial.

5.   In particular, substantial discovery conducted in each of the actions will likely be similar and will likely involve many of the same or similar documents and witnesses. There has been no discovery in any of the actions to date and no initial disclosures have been made. As a result, no prejudice or inconvenience will result from the transfer, consolidation, or coordination.

6.   The United States District Court for the Eastern District of Missouri is the most appropriate forum for the transfer because the first filed case, Jane Doe's case, is located there;

as the harm was nationwide its geographical location offers the most convenience for the parties and the witnesses; and the district contains able jurists well-versed not only in the conduct of complex multidistrict litigation, but also in complex data breach litigation, as evidenced by transfer of similar data breach litigation to the district previously.

Respectfully submitted,
THE DRISCOLL FIRM, P.C.

By: ____/s/John J. Driscoll_____
John J. Driscoll, #6276464 (IL)
Gregory J. Pals, #48820 (MO)
Christopher J. Quinn #41883 (MO)
211 N. Broadway, 40th Floor
St. Louis, Missouri  63102
314-932-3232 telephone
314-932-3233 facsimile
john@thedriscollfirm.com
greg@thedriscolllfirm.com
chris@thedriscollfirm.com

and

DOWD & DOWD, P.C.
Douglas P. Dowd, #2924 (MO)
William T. Dowd, #39648 (MO)
Alex R. Lumaghi, #56569 (MO)
211 N. Broadway, Ste. 4050
St. Louis, MO 63102
Phone (314) 621-2500
Fax (314) 621-2503
doug@dowdlaw.net
bill@dowdlaw.net
alex@dowdlaw.net

Co-Lead Counsel for Plaintiff Jane Doe